08-CR-05886-INFO

FILED _____ LODGED
_____ RECEIVED

DEC 24 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )   Case No.: CR08-5886
        v.                          )
                                    )
KURT D. TRUMP,                      )   INFORMATION
                                    )
                Defendant.          )
_____)

The United States Attorney charges that:

On or about August 5, 2008, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, KURT D. TRUMP, did drive or operate a motor vehicle while under the influence of or affected by intoxicating liquor.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.502 (1)(a).

DATED this 19 day of December, 2008.

JEFFREY C. SULLIVAN
United States Attorney

*Eric M Pedersen*

ERIC M. PEDERSEN
Special Assistant U. S. Attorney

Page 1 of 1 – INFORMATION
USA v. TRUMP

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg. 433
Bremerton, WA 98314-5260
(360) 627-3413