08-CR-05886-INFO

FILED _____ LODGED
_____ RECEIVED
MAR 04 2009
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR08-5886 |
| KURT D. TRUMP, | ) SUPERSEDING INFORMATION |
| Defendant. | ) |

The United States Attorney charges that:

On or about August 5, 2008, at Naval Base Kitsap, Silverdale, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, KURT D. TRUMP, did operate a motor vehicle in a manner that was both negligent and endangered or was likely to endanger persons or property, and exhibited the effects of having consumed liquor or an illegal drug. (Negligent Driving-First Degree).

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.5249.

DATED this 25 day of FEBRUARY, 2009.

JEFFREY C. SULLIVAN
United States Attorney

KRISTI ANDERSON
Special Assistant U. S. Attorney

Page 1 of 1– SUPERSEDING INFORMATION
USA v. TRUMP
CR08-5886

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314
(360) 627-3402