AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002–3/S 12/2005)

Case 3:08-cr-05886-JPD   Document 11   Filed 03/04/09   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (Short Form) |
| | CASE NUMBER: **CR09-5886** |
| **KURT D. TRUMP** | |
| | **Dennis Carroll** |
| | Defendant's Attorney |

☑ **THE DEFENDANT** pleaded guilty to the single count of the misdemeanor Superseding Information.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| Title 18 USC § 7 and 13 and RCW 46.61.5249 | Negligent Driving 1st Degree | August 5, 2008 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Fine | Assessment | Processing Fee | Payable Within/By |
|---|---|---|---|
| $250.00 | $10.00 | $ N/A | w/in 4 months |

**Total:** 260.00 Total Imposed

| | |
|---|---|
| Defendant's SSN: XXX-XX-5977 | *Kristi Anderson* (signature) |
| | KRISTI ANDERSON |
| | Special Assistant United States Attorney |
| Defendant's DOB: XX-XX-1986 | |
| Defendant's USM No: NA | 3/4/09 |
| | Date of Imposition of Judgment |
| | |
| *In Absentia* | *James P. Donahue* (signature) |
| Defendant's Signature | Signature of Judicial Officer |
| | |
| | JAmes P. Donahue |
| | United States Magistrate Judge (Name of Judge) |
| 08-CR-05886-JGM | 3/4/09 |
| | Date |